#11370 3

United States District Court
Southern District of Texas
FILED

APR 25 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX CORONEL-CARDENAS,   )
                          )
v.                        )   C.A. No. B-00-058
                          )
E.M. TROMINSKI, INS DISTRICT )
      DIRECTOR            )
_____)

POINTS AND AUTHORITIES IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS

Comes Felix Coronel-Cardenas, by and through the undersigned, and files the instant Points and Authorities in support of his Petition for Writ of Habeas Corpus, seeking relief from the decisions of the BIA ordering that he be deported to Mexico.

In addition to the decisions of the BIA, (Exhibits A, B and C), Mr. Coronel herewith submits the following pertinent documents:

Exhibit D:  Brief on Appeal and documentation supporting remand;
Exhibit E:  Motion to Reconsider;
Exhibit F:  Motion to Reopen seeking suspension of deportation;
Exhibit G:  Points and Authorities in support of said motion.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga
Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(956) 421-3226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, and that the aforementioned exhibits were personally served on Lisa Putnam, SAUSA, 1701 Zoy St., Harlingen, Texas, on this 25th day of April 2000.

_____

2