AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

Felix Coronel-Cardenas

v.

E.M. Trominski, INS District Director
& Hon Janet Reno, US Atty General

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-00-058

TO: (Name and Address of Defendant)

United States Attorney
910 Travis, Suite 1500, P.O. Box 61129
Houston, Texas ~~77002~~ 77208

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

United States District Court
Southern District of Texas
RECEIVED
JUN 29 2000
Michael N. Milby, Clerk of Court

Michael N Milby, Clerk
CLERK

DATE 4-25-00

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-00-58    6

# RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/3/00 | United States District Court Southern District of Texas FILED |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE Atty | JUN 29 2000 |

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Cert mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/9/00
           Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
7891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item? ☐ Yes
   If YES, enter delivery address below: ☐ No

[CIVIC CENTER MAY 3 2000 postmark]

1. Article Addressed to:

IS Atty
PO Box N129
Houston, TX
77208

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Copy from service label)
7446035 607

Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789