AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN  ——— DISTRICT OF ——— TEXAS

Felix Coronel-Cardenas

v.

E.M. Trominski, INS District Director
Hon. Janet Reno, US Atty General

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-00-058

TO: (Name and Address of Defendant)

Hon. Janet Reno, United States Attorney General
950 Pennsylvania Ave. N.W., Suite 5111
Washington, D.C. 20530-0001

United States District Court
Southern District of Texas
RECEIVED

JUN 29 2000

Michael N. Milby, Clerk of Court

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk                                          4-25-00

**CLERK**                                                         **DATE**

[signature]

**BY DEPUTY CLERK**

ClibPDF - www.fastio.com

AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-00-58

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE | 5/1/00 |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE | Atty |

United States District Court
Southern District of Texas
FILED

JUN 29 2000

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Cert Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/9/00
Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon Janet Reno
950 Penn Ave NW #5111
Wash. DC 20530-0001

2. Article Number (Copy from service label)
2460 25 608

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Parker
B. Date of Delivery: MAY 1 2000

X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789