UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 9 2000

Michael N. Milby
Clerk of Court

FELIX CORONEL-CARDENAS, )
INS NO. A 36-599-075 )
                              )
        Petitioner,   )   CIVIL CAUSE NO: B00-058
        v.                    )
E.M. TROMINSKI,               )
DISTRICT DIRECTOR AND JANET RENO, )
UNITED STATES ATTORNEY GENERAL )
        Respondents.)

RESPONDENTS' OPPOSITION TO
PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Petitioner, Felix Coronel-Cardenas, has moved this Court for a Summary Judgment on his petition for Habeas Corpus. Respondents E.M. Trominski, District Director of the Immigration & Naturalization Service and Hon. Janet Reno, by and through, Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, and hereby file their Opposition to the Motion for Summary Judgment.

PETITIONER'S CONTENTION

In the motion at bar, the Petitioner contends that there is no issue as to any material fact and that he is entitled to judgment as a matter of law. While the Service agrees that is the applicable standard to be applied pursuant to Federal Rule Civil Procedures 56(c), the Service contends that there is an issue of material fact.

The Petitioner actually asserts the issue of material fact by

alleging that the Petitioner was "tricked into waiving his right to counsel". Respondent's Petition for Habeas Corpus, Pp.2,8. The Service does not accept that assertion as factually correct. Further that particular factual issue then leads to the addressing of the legal issues presented in Petitioner's Petition for Writ of Habeas Corpus and motion for Summary Judgement.

The legal issues raised by the Petitioner have been previously addressed by the Government and Respondents would stand on those prior arguments.

## CONCLUSION

Based upon the foregoing, Petitioner's request for Summary Judgment must be denied and dismissed.

Respectfully submitted,

MERVYN MOSBACKER
United States Attorney
Southern District of Texas

HEATHER PHILLIPS
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

CHERI L. JONES
Special Assistant U.S.Attorney
P.O. Box 1711
Harlingen, Texas 78551
(956) 389-7051
FEDERAL BAR ID #23938
Attorneys for Respondent

Date: July 19, 2000

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served mailed, postage-paid, to Lisa Brodyaga, Esquire, this _19th_ day of _July_, 2000 addressed as :

Lisa Brodyaga, Esquire
17891 Landrum Park Road
San Benito, Texas 78586

CHERI L. JONES

3