10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIX CORONEL-CARDENAS | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-058 |
| | § | |
| E.M. TROMINSKI, ET. AL. | § | |
| | § | |

## ORDER SETTING HEARING

An evidentiary hearing in the above-numbered cause of action is hereby set for March 20, 2001, at 2:00 p.m. In the event that Petitioner Coronel-Cardenas becomes subject to INS custody, the Clerk is hereby directed and ORDERED to issue a writ of habeas corpus ad testificandum for the Petitioner's presence at said hearing.

Done at Brownsville, Texas, this 11th day of January, 2001.

Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, Texas 78520