# MINUTES

*United States District Court*
*Southern District of Texas*
*FILED*

*MAR 2 7 2001*

*Michael N. Milby*
*Clerk of Court*

//

Felix Recio, Judge Presiding
SOUTHERN District of Texas, Brownsville Division

```
Deputy Clerk:    L M Villarreal
ERO:             Gabriel Mendieta
Law Clerk:       Jessica R Dart
Interpreter:     Sandra Cortez
CSO:             Ruben Salinas
```

Date:            March 20, 2001, 2:00 pm

---

## C.A. NO. B-00-058 (HGT)

---

```
FELIX CORONEL-CARDENAS            *     Lisa Brodyaga & Thelma Garcia
        VS                        *
E.M. TROMINSKI, ET AL             *     Heather Phillips & Lisa Putnam
```

---

### HEARING ON MOTION FOR SUMMARY JUDGMENT

Petitioner appeared with counsel. Attorneys Phillips Putnam appeared for Respondents.

Presentations, response and arguments made. Motion taken under advisement.

### EVIDENTIARY HEARING

Petitioner's 1st Witness: Sylvia Benavides Coronel
            2nd Witness: Petitioner

Arguments made.

The parties shall file briefs within 30 days and response shall be filed within 15 days thereafter. The Court will file a report and recommendation to the District Court.