United States District Court
Southern District of Texas
FILED

APR - 3 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIX CORONEL-CARDENAS | § | CASE NOS. CA B-99-044 |
| | § | CA B-00-58 |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MARCH 20, 2001 |
| E.M. TROMINSKI, ET AL | § | 2:05 P.M. TO 3:21 P.M. |

## EVIDENTIARY HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:         SEE NEXT PAGE

For the Defendant:         SEE NEXT PAGE

Court Interpreter:         Unknown

Court Recorder:            Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.