Case 1:00-cv-00058   Document 13   Filed in TXSD on 04/18/2001   Page 1 of 1

*13*

United States District Court
Southern District of Texas
FILED

APR 1 8 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX CORONEL-CARDENAS,          )
                                 )
v.                               )          C.A. No. 00-058
                                 )
E.M. TROMINSKI, INS DISTRICT     )
     DIRECTOR                    )
_____)

PETITIONER'S (UNOPPOSED) MOTION TO EXTEND BRIEFING SCHEDULE
BY TWO WEEKS

Felix Coronel-Cardenas, through the undersigned, files the instant
unopposed motion to extend the filing schedule herein by two weeks,
such that the parties' status memoranda would be due on or before
May 4, 2001, and the replies thereto, on or before May 19, 2001.
The undersigned this day spoke with Heather Phillips, Attorney, who
stated that Respondents are not opposed to this request.

Respectfully Submitted,

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed, first
class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711,
Harlingen, Texas 78551, and Heather Phillips, Attorney, Box 878 Ben
Franklin Sta., Wash. D.C. 20044, on this 16th day of April 2001.



CutePDF - www.fastio.com