14

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX CORONEL-CARDENAS,    )
                           )
v.                         )   C.A. No. 00-058
                           )
E.M. TROMINSKI, INS DISTRICT )
      DIRECTOR             )
_____)

ORDER GRANTING

PETITIONER'S (UNOPPOSED) MOTION TO EXTEND BRIEFING SCHEDULE
BY TWO WEEKS

Before the Court is the unopposed motion of Petitioner to extend the briefing schedule herein. Upon consideration thereof, it is hereby ORDERED that said motion be, and the same is, GRANTED.

IT IS FURTHER ORDERED that the parties may file their respective memoranda on or before May 4, 2001, and any response to the filing of the opposing party, on or before May 19, 2001.

DONE this 19th day of April, 2001.

_____