*16*

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


FELIX CORONEL-CARDENAS,

     Petitioner,

v.

E.M. TROMINSKI,

     Respondent.

No. CA B-00-058


EXHIBIT "H" IN SUPPORT OF

PETITIONER'S STATUS BRIEF



ELECTRONIC MAIL SERVICES

CONFIRMATION OF LETTER       TO: SALAS-ESCAMILLA, SIMON
                                 107 FAIRVIEW DRIVE
                                 RIO GRANDE CITYTX 78582


OFFICE OF THE IMMIGRATION JU
FIRST REPUBLIC BANK TOWER #6
HARLINGEN TX 78550


FILE NO.: 14-668-508                          DATE: 03/15/88
NOTICE OF MASTER CALENDAR HEARING
IN IMMIGRATION PROCEEDINGS
RE: SALAS-ESCAMILLA, SIMON
*
PLEASE TAKE NOTICE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED FOR A MASTER CALENDAR HEARING BEFORE AN IMMIGRATION
JUDGE ON 04/25/88, AT 09:00, AT
            THE OFFICE OF THE IMMIGRATION JUDGE
            222 E. VAN BUREN, SUITE 600
            HARLINGEN , TX  78550
YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO
THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED
AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION
JUDGE.  IF YOU WISH TO BE SO REPRESENTED, YOUR ATTORNEY OR
REPRESENTATIVE SHOULD APPEAR WITH YOU AT THE HEARING.
*
YOU WILL BE EXPECTED TO PLEAD TO THE ALLEGATIONS IN THE
CHARGING DOCUMENT AT THIS HEARING.  IN ADDITION, ALL
APPLICATIONS AND MOTIONS FOR RELIEF SHOULD BE SUBMITTED.
PREPARE SUFFICIENT COPIES OF APPLICATIONS OR MOTIONS TO SERVE
ON ALL PARTIES.
*
FAILURE TO APPEAR AT YOUR HEARING MAY RESULT IN ONE OR MORE
OF THE FOLLOWING ACTIONS:
        1. YOU MAY BE TAKEN INTO CUSTODY BY THE IMMIGRATION AND
           NATURALIZATION SERVICE AND HELD FOR FURTHER ACTION.
        2. IF YOU ARE IN DEPORTATION PROCEEDINGS, YOUR HEARING
           MAY BE HELD IN YOUR ABSENCE UNDER SEC.242(B) OF THE
           IMMIGRATION AND NATIONALITY ACT, AND AN ORDER MAY BE
           ENTERED AGAINST YOU; OR
        3. IF YOU ARE IN EXCLUSION PROCEEDINGS, YOUR APPLICATION
           FOR ADMISSION TO THE UNITED STATES MAY BE CONSIDERED
           WITHDRAWN.
*
OFFICE OF THE IMMIGRATION JUDGE


000170

UNITE   STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
HARLINGEN, TEXAS


LIONEL PEREZ, ESQ.
P.O. BOX 899
EDINBURG       TX 78539


FILE NO. A14-668-508                    DATE:06/01/88

NOTICE OF RESCHEDULED MASTER CALENDAR HEARING
IN IMMIGRATION PROCEEDINGS
RE:SALAS-ESCAMILLA, SIMON

PLEASE TAKE NOTICE THAT THE ABOVE CAPTIONED CASE HAS BEEN
RESCHEDULED FOR A MASTER CALENDAR HEARING BEFORE AN IMMIGRATION
JUDGE ON 09/06/88, AT 01:00PM, AT
      THE OFFICE OF THE IMMIGRATION JUDGE
      222 E. VAN BUREN, SUITE 600
      HARLINGEN       , TX, 78550
SINCE YOU ARE THE ATTORNEY/REPRESENTATIVE OF RECORD, THIS
WILL BE THE ONLY NOTICE OF THIS HEARING ISSUED.  THE OFFICE
OF THE IMMIGRATION JUDGE WILL NOT DIRECTLY NOTIFY YOUR
CLIENT.  IT IS YOUR RESPONSIBILITY TO ADVISE YOUR CLIENT OF
THIS INFORMATION AND TO ASSURE HIS/HER APPEARANCE.
    IF YOUR CLIENT HAS NOT PREVIOUSLY PLED TO THE ALLEGATIONS IN
THE CHARGING DOCUMENT, HE/SHE WILL BE EXPECTED TO DO SO AT
THIS HEARING.  IN ADDITION, ALL APPLICATIONS AND MOTIONS FOR
RELIEF SHOULD BE SUBMITTED.  PREPARE SUFFICIENT COPIES OF
APPLICATIONS OR MOTIONS TO SERVE ON ALL PARTIES.
    YOUR CLIENT'S FAILURE TO APPEAR AT THIS HEARING MAY RESULT IN
ONE OR MORE OF THE FOLLOWING ACTIONS:
    1. YOUR CLIENT MAY BE TAKEN INTO CUSTODY BY THE IMMIGRATION
       AND NATURALIZATION SERVICE AND HELD FOR FURTHER ACTION.
    2. IF YOUR CLIENT IS IN DEPORTATION PROCEEDINGS, YOUR
       CLIENTS'S HEARING MAY BE HELD IN HIS/HER ABSENCE
       UNDER SEC.242(B) OF THE IMMIGRATION AND NATIONALITY ACT,
       AND AN ORDER MAY BE ENTERED AGAINST YOUR CLIENT; OR
    3. IF YOUR CLIENT IS IN EXCLUSION PROCEEDINGS, YOUR CLIENT'S
       APPLICATION FOR ADMISSION TO THE UNITED STATES MAY BE
       CONSIDERED WITHDRAWN.


PLEASE DISREGARD THE PREVIOUS NOTICE THAT WAS SENT TO YOU AND
APPEAR ON THE DATE INDICATED ABOVE.

4/1/88 Given to Respondent at Window gy

Simon Salinoz E

000107

# U.S. Department of Justice
## Executive Office for Immigration Review
### Office of the Immigration Judge

Matter of                                        File A <u>10 542 609</u>

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>JESUS <u>DELGADO</u>-SILVA</td><td>)</td><td>In DEPORTATION Proceedings</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Respondent</td><td>)</td><td>Transcript of Hearing</td></tr>
</table>

Before <u>ALAN VOMACKA</u>                              , Immigration Judge

Date: <u>JUNE 16, 1989</u>          Place: <u>HARLINGEN, TEXAS</u>

Transcribed by <u>FREE STATE REPORTING, INC.</u>   At <u>ANNAPOLIS, MD</u>

Official Interpreter _____

Language <u>SPANISH</u>_____

Appearances:

For the Immigration and
Naturalization Service:                    For the Respondent:

<u>NANCY KRISINOWSKI</u>_____            <u>PRO SE</u>_____
          (Trial Attorney)
General Attorney                           _____

_____            _____
          (Station)

ClibPDF - www.fastio.com

1  JUDGE FOR THE RECORD

2          We're on the record for a hearing in deportation

3  proceedings in the Immigration Court in Harlingen, on June 16th,

4  1989.   The respondent, present in Court without an attorney, is

5  Jesus Delgado-Silva, File A 10 542 609, and the Judge is Alan

6  Vomacka, and the trial attorney is Nancy Krisinowski (phonetic

7  sp.), who is on detail from San Antonio.

8  JUDGE TO MR. DELGADO

9          Q.  Mr. Delgado, I'm Immigration Judge Vomacka.  I'll be

10  conducting the proceedings in your case today and which language

11  do you speak best?

12          A.  Spanish.

13          Q.  All right.

14  JUDGE FOR THE RECORD

15          Then let me repeat then for the translator.

16  JUDGE TO MR. DELGADO

17          Q.  I'm Immigration Judge Vomacka.  I'll be conducting

18  the hearings in your case today.  This is a deportation hearing in

19  which the Immigration Service says you could be deported from the

20  United States for certain reasons.  They've reached..excuse me,

21  sir, let me explain your rights to you and then you can have a

22  chance to explain.  The Immigration Service has issued a paper

23  called..oh, excuse me.  Sir, I understand that you speak quite a

24  bit of English but Spanish is the better language, is that right?

25          A.  Yes, sir.

26          Q.  All right.  Sir, there's a tape recorder here, I'm

A 10 542 609                        1                   June 16, 1989

1    not sure if you can see it, and the answers that you make in Court

2    are recorded, just as what I say is recorded.  Now I want to be

3    sure that you understand what is said to you before you try to

4    answer, so I want you to listen to the entire translation of any

5    question or remark before you try to answer it.  And if you wish

6    to answer in English, as you have on several occasions, that's

7    fine, but you will have to bring the microphone a little bit closer

8    to you and speak a little louder if you are going to answer in

9    English, so that we have a clear recording, all right?

10            A.  Yes, sir.

11            Q.  All right.  Sir, do you remember receiving a copy of

12    the paper that I'm showing you now from the Immigration Service

13    back in April?

14            A.  Yes, sir.

15            Q.  All right, sir.  And did you also receive the second

16    page that I'm showing you now with the typewritten ink?

17            A.  Yes, sir.

18            Q.  All right then, sir.  That is called the Order to

19    Show Cause and I will make that Exhibit No. 1 in your case, and I

20    will explain the charges that are made here to you.  I don't want

21    you to answer these charges at this moment.  In this document, the

22    Immigration Service says that you are not a citizen or national of

23    the United States of America, they say instead that you're a native

24    and citizen of Mexico, they say you entered the United States at

25    El Paso, Texas, on or about the 25th of November, 1955, they say

26    that, at that time, you were admitted as an immigrant, and then

A 10 542 609                          2                    June 16, 1989

1 they go on to say that on March 16th, 1989, you were convicted in

2 the 197th Judicial District Court of Cameron County, Brownsville,

3 Texas, for the offense of illegal investment.  Specifically, they

4 say, aggravated delivery of marijuana and that you were sentenced

5 to confinement in the State Prison for a period of ten years, but

6 that that sentence was suspended for a period of ten years

7 probation.

8 JUDGE TO INTERPRETER

9            Q.  For a period of ten years.

10           A.  Thank you.

11 JUDGE TO MR. DELGADO

12           Q.  And they say for that reason that you could be

13 deported from the United States under Section 241(a)(11) of the

14 Immigration Act, as a person who has been convicted of a violation

15 of any law or regulation relating to illicit possession of

16 marijuana...

17 INTERPRETER TO JUDGE

18           Use?

19 JUDGE TO INTERPRETER

20           It says, illicit possession of.

21 JUDGE TO MR. DELGADO

22           Q.  ..and these are the reasons that they give.  At this

23 time, sir, I know absolutely nothing about your case.  I do not

24 know whether any of these allegations that they make are correct

25 or not.  Now we will hold a hearing in your case and during that

26 hearing you'll have the opportunity to testify, to bring other

A 10 542 609                    3                    June 16, 1989

1  witnesses, to show the Court documents or other evidence that might

2  be helpful to your case.  Also, if the Immigration Service brings

3  a witness against you, you will be able to question that witness.

4  If they present documents or other evidence, you'll have the chance

5  to look at them and to make objections to them.  And I will listen

6  to all the evidence in your case and make a decision whether these

7  charges are correct or not.  If it seems to me that these charges

8  are not true; for example, if I think that you are a citizen of

9  this country, or if I think that you have not been convicted in the

10  manner that they allege, then I could dismiss the case against you.

11  If, on the other hand, I think that these charges are true, then

12  I will go ahead to decide whether you must be deported for these

13  reasons or whether you can qualify for some type of relief from

14  deportation under our law.  And after I consider all the evidence

15  and make a decision, then if you are not satisfied with my

16  decision, you will have the right to appeal it to a Higher Court,

17  called the Board of Immigration Appeals.  And you should have

18  already received a written explanation of your appeal rights, but

19  to make sure that you do have it, the Clerk will give you another

20  copy now.  The Clerk will also give you a list of legal aid

21  organizations in this area which might be able to help you with

22  your case, for free or for a reduced rate.  And the Clerk will give

23  you those papers now.  Now sir, you do have the right to be

24  represented by an attorney or some other qualified person during

25  this proceeding, without expense to the Government.  Besides the

26  organizations on the list that you were just handed, there are also

A 10 542 609                    4                    June 16, 1989

1   private attorneys in this area that you can contact through your

2   family, your friends, or your telephone directory, or any other

3   source you may find.  And you're entitled to a reasonable period

4   of time to prepare for your hearing, to gather evidence, and to

5   look for a representative who could help you with the case.  And

6   based simply on the charges against you, without any information

7   as to whether or not they're correct, I would say that these are

8   serious charges and I would recommend that you try to find an

9   attorney if you can.  Would you like some time for that purpose?

10          A.  Yes, sir.

11          Q.  All right then, I will reset your case until a later

12   and I'll give the date in just a moment.  Do you still have the

13   same address at 1764 Old Port Isabel Road?

14   INTERPRETER TO JUDGE

15          Old Port?

16   JUDGE TO INTERPRETER

17          Q.   Old Port Isabel Road.

18          A.  Old Port Isabel Road.

19   MR. DELGADO TO JUDGE

20          A.  Yes, sir.

21   JUDGE TO MR. DELGADO

22          Q.  All right.  If you should change your address while

23   this case is pending, you should notify the Court Office here

24   immediately.  Now sir, you should begin immediately to look for an

25   attorney.  If you cannot find an attorney, you still must return

26   to Court for your next hearing.  If you cannot find an attorney,

A 10 542 609                        5                    June 16, 1989

ClibPDF - www.fastio.com

1  you can speak for yourself in the proceeding, and we will take the

2  proceeding as slowly as necessary to be sure that you understand

3  everything.    Now the next date that we have available for this

4  would be August 4th, 1989 at nine o'clock in the morning.   And the

5  Clerk will give you a written notice for that date.   If you find

6  an attorney, be sure the attorney is here on that date and ready

7  to go ahead with your case.   Be sure to remember that if you fail

8  to return on that date, the hearing can be held in your absence and

9  you could be ordered deported.   Is that clear?

10           A.   Yes, sir.

11  JUDGE FOR THE RECORD

12           That's all for today.   We're off the record.

13                        HEARING CONTINUED

14

15

16

17

18

19

20

21

22

23

24

25

26

A 10 542 609                        6                    June 16, 1989

1 JUDGE FOR THE RECORD

2     We're on the record again in the same case on August 4th,

3 1989.    The Judge again is Alan Vomacka.    The respondent is

4 accompanied in Court.    He is accompanied by attorney Rowena Jones

5 of the Texas Rural Legal Aid who is..has filed a Notice of

6 Appearance this morning, and the Trial Attorney for the Immigration

7 Service is Harris Lee Leatherwood (phonetic sp.) on detail from

8 Oakdale, Louisiana.

9 JUDGE TO MR. LEATHERWOOD

10     Q.  Mr. Leatherwood, you don't have the administrative

11 file today, is that correct?

12     A.  Yes, Your Honor.

13     Q.  And I actually don't know whether the Service had it

14 on June 16th, I assume they did, they didn't mention anything about

15 it.

16 JUDGE TO MR. JONES

17     Q.  And Ms. Jones, you do not want to plead to the

18 allegations in the Order to Show Cause today?

19     A.  No, sir.

20 JUDGE FOR THE RECORD

21     Then what I will do is reset it for the sake of both of

22 you until August 23rd, 1989, and expect to go ahead with the

23 pleadings on that day.  That's at..I'm sorry, that's at 1:00 in the

24 afternoon for August 23rd.

25 MR. LEATHERWOOD TO JUDGE

26     Thank you, Judge.

A 10 542 609                        7                        August 4, 1989

1  JUDGE FOR THE RECORD

2           And the parties won't be receiving a written notice.

3  That's all for today, we're off the record.

4                        HEARING CONTINUED

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

A 10 542 609                    8                    August 4, 1989

ClibPDF - www.fastio.com