17

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX CORONEL-CARDENAS,

      Petitioner,

v.

E.M. TROMINSKI,

      Respondent.

No. CA B-00-058

EXHIBIT "I" IN SUPPORT OF

PETITIONER'S STATUS BRIEF

1   JUDGE FOR THE RECORD

2           This is Immigration Court in Harlingen, Texas.  The date

3   is July 13, 1989.  This Immigration Judge Howard Achtsam.  This is

4   a deportation proceeding in the matter of Victorino Lozano-Molina,

5   Case number A 36 599 699.  Respondent is not present.  We did

6   receive a letter from the respondent, however, dated July 5th,

7   1989.  So, it appears that the respondent did get the hearing

8   notice.  The Immigration Service is represented today by its

9   general attorney, Farel Bond.

10  JUDGE TO MR. BOND

11          Q.  Mr. Bond, it's my understanding that you do not have

12  your file today, is that correct?

13          A.  That's correct.

14          Q.  So, you could not tell me whether that is the last

15  known address of the respondent.

16  JUDGE FOR THE RECORD

17          It's on the Order to Show Cause.  However, I would state

18  that the hearing notice was sent in April, it did not get returned,

19  and the respondent sent the letter, which was received on July

20  10th, right before the hearing date.  Therefore, it appears clear

21  that the respondent did get the hearing notice.  The Order to Show

22  Cause is dated April 17th, 1989, that is the superseding Order to

23  Show Cause.  There's a certificate of personal service on the back,

24  also stating respondent was given an I-616 and a free legal

25  services list.  The superseding Order to Show Cause consist of two

26  pages, and the Court will receive it into the record as Exhibit 1

A 36 599 699                    1              July 13, 1989

1  in this proceeding.  Court admit into the record as Exhibit 2, a
2  copy of the notice of hearing for today's hearing.  Court notes it
3  is now 11:35 am, on July 13th, 1989.  Case was set for 9:00 am,
4  respondent has not appeared, nor has anybody appeared on his
5  behalf.  However, the letter that he sent seems to indicate the
6  reason for his non-appearance, that being that he has gone up north
7  to work, apparently in agricultural labor.  He states that his
8  Probation Officer did give him permission to do so.
9  JUDGE TO MR. BOND

10          Q.  Mr. Bond, any objection to placing that..a copy of
11  that letter into the record?

12          A.  No.

13  JUDGE FOR THE RECORD

14          That will be admitted as Exhibit 3.  Court notes that
15  there is a return receipt on it.  I should say there is an envelope
16  with the return address of Route 5, Box 2009, Edinburg, Texas,
17  78539, which is the exact address where the Court sent notice.

18  JUDGE TO MR. BOND

19          Q.  Mr. Bond, in these circumstances, the respondent is
20  requesting a ninety day continuance, would the Service have
21  opposition to that?

22          A.  No opposition.

23  JUDGE FOR THE RECORD

24          Therefore, based upon that the Court will grant that
25  request and reset the case for October 12th, 1989, at 1:30 pm, in
26  this Courtroom.  We will send the hearing notice to the respondent

A 36 599 699                    2                    July 13, 1989

1    at the address that we have in the file.

2    JUDGE TO MR. BOND

3           Q.   Mr. Bond, is that hearing date and time agreeable to

4    the Service?

5           A.   Agreeable.

6    JUDGE FOR THE RECORD

7           Nothing further.   We're adjourned.

8                        HEARING ADJOURNED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

A 36 599 699                    3                    July 13, 1989