23

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX CORONEL-CARDENAS,

    Petitioner,

v.

E.M. TROMINSKI,

    Respondent.

No. CA B-00-058

PETITIONER'S SUPPLEMENTAL EXHIBIT,
IN SUPPORT OF TESTIMONY REGARDING "BAG AND BAGGAGE" LETTERS

Lisa S. Brodyaga, Esq.
Counsel For Petitioner
17891 Landrum Park Rd.
San Benito, Texas 78586
(956) 421-3226

January 11, 2002

Petitioner, through the undersigned, herewith submits copies of the documentation relating to the "bag and baggage" letters he received (orders that he report for deportation), and his attorney's attempts to obtain stays thereof. Specifically, on October 27, 1992, he was ordered to report for deportation on November 24, 1992. His attorney requested a stay of that order, which was granted until January 23, 1993. On December 23, 1992, Petitioner's counsel requested reconsideration of that deadline, noting that a motion was pending before the Board of Immigration Appeals, and that a briefing schedule had been established with respect thereto.

By letter dated December 29, 1992, INS responded that the stay of deportation was still in effect until January 27, 1993, and that additional time might be considered, "dependent upon BIA or District Court rulings." A second such demand was served on Mr. Coronel on January 27, 1993, ordering that he report for deportation on March 3, 1993. There is no documentation in the file, and none was provided in response to Mr. Coronel's Freedom of Information Act request, relating to the outcome of that order.

Respectfully Submitted,

Lisa S. Brodyaga, Esq.
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
(956) 421-3226

Texas Bar: 03052800
Fed. ID: 1178

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, together with Exhibit J, was mailed, first-class postage prepaid, to Heather Phillips, P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044, this 4th day of January 14, 2002.



```
            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

FELIX CORONEL-CARDENAS,

    Petitioner,               No. CA B-00-058

v.

E.M. TROMINSKI,

    Respondent.

---

EXHIBIT "J" IN SUPPORT OF

TESTIMONY REGARDING "BAG AND BAGGAGE" LETTERS

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
PORT ISABEL SERVICE PROCESSING CENTER
ROUTE 3, BOX 341
LOS FRESNOS, TEXAS  78566

File No. A36 599 075
Date: OCTOBER 27, 1992

Felix CORONEL Cardenas
256 Avenue Del Sol
Brownsville, Texas 78520

As you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to ___MEXICO___ on
(country)

___November 24, 1992___ from ___BROWNSVILLE, TEXAS___ on the
(date)                              (port of departure)

___GROUND TRANSPORTATION___
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at Room __DB__
PORT ISABEL SERVICE PROCESSING CENTER                                   (No.)
ROUTE 3, BOX 341
LOS FRESNOS, TEXAS 78566                at   10:00AM, November 24 1992
(address)                                         (hour and date)

completely ready for deportation. At the time of your departure from

___LOS FRESNOS, TEXAS___ you will be limited to __40__ pounds of baggage.
(place of surrender)

Should you have personal effects in excess of this amount you must immediately contact ___MS. DURAND, D.O.___ at ___(512) 233-4431, Ext 241___ or
(name of officer)                  (phone no. and ext.)

call in person at the address noted above, and appropriate disposition of your excess baggage will be discussed with you.

DURAND/RAMIREZ
P 878 460 711
kc: Thelma O. Garcia, Esq.
Form I-166
(Rev. 4-1-69)

Very truly yours,

E.M. TROMINSKI
DISTRICT DIRECTOR

GPO 873-376

**U.S. Department of Justice**
Immigration and Naturalization Service

Notice of Country to which Deportation has been directed and Penalty for Reentry without Permission

Route 3, Box 341
Los Fresnos TX 78566
(512) 233-4431 ext 240, 241

PLEASE REFER TO THIS FILE NO.

A36 599 075

DATE:

OCTOBER 27, 1992

Dear SIR:

**This is a warning. Please read carefully.**

It has been ordered that you be deported to _____ MEXICO _____.

You will be informed, if appropriate, when departure arrangements are complete. If needed, we will assist you as much as possible in arranging your personal affairs for your departure. However, you may be deported at any time and without further notice.

Should you wish to return to the United States you must write this office or the United States Consular Office nearest your residence abroad as to how to obtain permission to return after deportation. Permission must be obtained from the Attorney General if you are seeking admission within five (5) years of deportation or removal, or within twenty (20) years if your deportation was subsequent to a conviction for an aggravated felony.

By law, (Title 8 of the United States Code, Section 1326), any alien who has been arrested and deported or excluded and deported who enters, attempts to enter, or is at any time found in, the United States shall be subject to the penalties listed below unless, prior to his reembarkation at a place outside of the United States or his application for admission from a foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission:

(a) Any such alien, other than an alien convicted of a felony, shall be fined not more than $250,000.00 or imprisoned for not more than two (2) years. [8 U.S.C. § 1326(a)].

(b) Any such alien whose deportation was subsequent to a conviction for a felony (other than an aggravated felony) shall be fined not more than $250,000.00, imprisoned for not more than five (5) years, or both. [8 U.S.C. § 1326(b)(1)].

(c) Any such alien whose deportation was subsequent to a conviction for an aggravated felony shall be fined not more than $250,000.00, imprisoned for not more than fifteen (15) years, or both. [8 U.S.C. § 1326(b)(2)].

Very truly yours,

for E. M. TROMINSKI
District Director

Form I-294 (Rev. 06/12/92)N

United States Department of Justice
Immigration and Naturalization Service

## APPLICATION FOR STAY OF DEPORTATION

**SUBMIT IN DUPLICATE**

*Read instructions on reverse before filling out application*

Fee Stamp

1644 001   10/26/92 12:45
            I-246           155.00

File No.   A36 599 075

Date   10/26/92

1. Name (Family Name in Capital letters)   (First Name)   (Middle Name)
   CORONEL-CARDENAS                         FELIX

2. Present Address (Apt. No.)  (Number and Street)  (Town or City)  (State)  (Zip Code)
   256 Avenida Del Sol Brownsville, Texas 78520

3. Country of Citizenship
   Mexico

4. Date to which passport is valid (Attach passport)
   n/a

5. Country to which deportation has been ordered
   Mexico

6. Date to which stay of deportation is requested
   90 days from filing

7. Reasons for requesting stay of deportation:

I was never properly advised that my BIA appeal had been dismissed since my attorney sent me notice to the wrong address. Notice was sent to 256 Del Sol Ave. Brownsville, TX 78520 instead of 256 Avenida Del Sol Brownsville, Texas 78520. I never received proper notice of my dismissal, if so I would have pursued a 5th circuit appeal. I am in the process of filing a Motion to Reconsider to the BIA and a Writ of Habeaus Corpus to the Distirict. In the alternative I would need time to arrange for my family to stay in the U.S.

8. I certify that all the statements I have made in this application are true and correct to the best of my knowledge and belief.

   X *Felix Coronel*    10/26/92           10/26/92
   (Signature of Applicant)   (Dated at)    (Date)

9. SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT

I declare that this document was prepared by me at the request of the applicant Law Offices of information of which I have any knowledge.

   *[signature]*         THELMA O. GARCIA           10/26/92
   (Signature)           301 E. Madison              (Date)
                         Harlingen, Texas 78550

APPLICANT: DO NOT WRITE BELOW THIS LINE

Stay denied/granted until _____ by _____

Form I-246
(Rev. 2-27-76)N

27



**Immigration and Naturalization Service**

PORT ISABEL SERVICE PROCESSING CENTER
RT. 3, BOX 341
LOS FRESNOS, TEXAS 78566

Thelma O. Garcia
Attorney at Law
301 E. Madison
Harlingen TX 78550

Dear Ms. Garcia:

This is with regard to Application for Stay of Deportation filed by you on behalf of Felix Coronel-Cardenas. Stay is hereby granted until January 27, 1993.

A review of our records reveals that Mr. Coronel entered the United States as an immigrant July 9, 1980. He was convicted on April 29, 1983 in the 197th State District Court, Cameron County, of possession of marijuana. He was subsequently placed in deportation proceedings and ordered deported. A Motion to Reopen was filed with the Board of Immigration Appeals and was denied and the appeal therein was dismissed. Although Mr. Coronel does not appear to have any further legal recourse available, a short extension of time has been granted to get his affairs in order.

No further extensions of stay are contemplated by the Service at this time.

Sincerely,

E. M. Trominski
District Director

```
RECEIVED
92 DEC 29 AM 10:07
INS HARLINGEN TX
```

Law Offices of
# THELMA O. GARCÍA
*Attorney — Abogada*

301 E. Madison
Harlingen, Texas 78550
(512) 425-3701 or 542-6625
Fax (512) 428-3731

3111 South Hwy. 281
Edinburg, Texas 78539
(512) 381-1180

E.M. Trominski, District Director
Immigration and Naturalization Service
2102 Teege
Harlingen, Texas 78550
December 23, 1992

Re:  Felix Coronel-Cardenas
A36 599 075

Dear Mr. Trominski:

Thank you for your (undated) letter, received by us on December 17, 1992, granting a stay of deportation until January 23, 1992.

You note in that letter that "Mr. Coronel does not appear to have any further legal recourse available," and that for that reason, "[n]o further extensions of stay are contemplated by the Service at this time." In fact, a "Motion To Reconsider" was filed with the Board of Immigration Appeals on November 24, 1992, (see, attached receipt and first page).

A briefing schedule has been established, setting January 5, 1992 as the due date for briefs. Following their receipt, the case will be forwarded to the Board of Immigration Appeals for Decision.

We believe that Mr. Coronel has a very meritorious case, and are hopeful that we will be successful in having the case reconsidered, and reopened.

For this reason, we urge you to reconsider your stance that you do not anticipate granting further stays of deportation, and that you will allow Mr. Coronel to remain during the duration of the legal proceedings.

On behalf of his U.S. citizen wife, and children, we thank you for your consideration.

Sincerely,

*[signature]*

Thelma O. Garcia
Attorney at Law

Immigration and Naturalization Service

December 29, 1992


Thelma O. Garcia
Attorney at Law
301 E. Madison
Harlingen, Tx. 78550

RE: Coronel-Cardenas, Felix
    A36 599 075

Dear Ms. Garcia,

This is in regard to your letter of December 23, 1992, regarding Mr. Coronel Cardenas. A Stay of Deportation is still in effect to January 27, 1993.

A motion to reopen with the Board of Immigration Appeals (BIA) does not justify an extension of that stay at this time. Any extensions of that stay are currently in the jurisidiction of the BIA in that it appears that a motion to reopen has been accepted by them.

Recent Congressional actions have made the removal of aliens convicted of drug related offenses a Service Enforcement priority. Each case is considered on its own merits and additional time may be considered dependent upon BIA or District Court rulings.


Sincerely,

E. M. Trominski,
District Director

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
PORT ISABEL SERVICE PROCESSING CENTER
ROUTE 3, BOX 341
LOS FRESNOS, TEXAS 78566

File No. A36 599 075
Date: JANUARY 27, 1993

FELIX CORONEL CARDENAS
2125 E. HARRISON STREET
BROWNSVILLE, TEXAS 78520

As you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to __MEXICO__ on
(country)

__MARCH 3, 1993__ from __BROWNSVILLE, TEXAS__ on the
(date)                              (port of departure)

__GROUND TRANSPORTATION__
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at Room __DB__
PORT ISABEL SERVICE PROCESSING CENTER                                 (No.)
ROUTE 3, BOX 341
LOS FRESNOS, TEXAS 78566                at __10:00AM, MARCH 3, 1993__
(address)                                      (hour and date)

completely ready for deportation. At the time of your departure from

__LOS FRESNOS, TEXAS__ you will be limited to __40__ pounds of baggage.
(place of surrender)

Should you have personal effects in excess of this amount you must immediately contact __MS. DURAND, D.O.__ at __(512) 233-4431, Ext 241 or 238__
(name of officer)                            (phone no. and ext.)

call in person at the address noted above, and appropriate disposition of your excess baggage will be discussed with you.

DURAND/RAMIREZ
HAND DELIVERY  *Felix Coronel*
JANAURY 27, 1993

Very truly yours,

E.M. TROMINSKI
DISTRICT DIRECTOR

Form I-166
(Rev. 4-1-69)

GPO 873-376