United States District Court
Southern District of Texas
ENTERED

MAY 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIX CORONEL-CARDENAS, Petitioner, | § § § | |
| v. | § | C.A. No. B-00-58 |
| E.M. TROMINSKI, et al., Respondent. | § § § § | |

## ORDER

BE IT REMEMBERED that on May 16, 2002, the Court considered the Magistrate Judge's Report and Recommendation [Dkt. No. 22], the Objections filed by Respondents [Dkt. No.24], and all other documents filed in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the objections are **OVERRULED**, the Magistrate's Report and Recommendation is hereby **ADOPTED**, and this cause is **REMANDED** to the BIA with instructions to address the issues of right to a fair hearing and right to counsel.

DONE this 16th day of May, 2002 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge